UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>TIME WARNER CABLE d/b/a ROAD RUNNER<br>Subpoena Enforcement Matter | |
| WEBMD, INC.,<br>669 River Drive, Center 2<br>Elmwood Park, NJ, 074070<br><br>v.<br><br>TIME WARNER CABLE d/b/a ROAD RUNNER,<br>13241 Woodland Park Rd.<br>Herndon, VA 20171 | Misc. No. 05-298 |

**O R D E R**

Currently before the Court is WebMD, Inc. ("WebMD") motion to compel the production of documents and things in response to a subpoena issued pursuant to Federal Rule of Civil Procedure 45 on Time Warner Cable d/b/a Road Runner ("Road Runner"). Upon review of the motion, the Court concludes that the information requested by WebMD is properly discoverable. And, in light of the fact that Road Runner has informed the Court that it takes no position on this Motion, it is hereby this 23rd day of August, 2005

**ORDERED** that Road Runner produce all documents and things responsive to WebMD's subpoena within ten (10) days of entry of this order. It is further

**ORDERED** if and when Road Runner is served with a subpoena, Road Runner shall give written notice, which can include use of email, to the subscriber(s) in question within five business days. If Road Runner and/or any defendant want to move to quash the subpoena, the party must do so before the return date of the subpoena. Road Runner shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash. It is further

**ORDERED** that the plaintiffs shall provide Road Runner a copy of this Order along with its subpoena.

**SO ORDERED.**

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE